**2009–1553. State ex rel. Walker v. Indus. Comm.**
Franklin App. No. 08AP–606, 2009-Ohio-3550.

**2010–1754. Columbus City School Dist. Bd. of Edn. v. Testa.**
Board of Tax Appeals, No. 2008–M–408.

**2010–1839. State ex rel. Wasinski v. Indus. Comm.**
Franklin App. No. 09AP–875, 2010-Ohio-4511.

# CASE ANNOUNCEMENTS

*January 24, 2011*

[Cite as *01/24/2011 Case Announcements #2*, 2011-Ohio-266.]

# MOTION AND PROCEDURAL RULINGS

**2011–0064. State ex rel. King v. Court of Appeals, Ninth Appellate Dist.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition.
Upon review of the complaint, it is ordered by the court, sua sponte, that respondents shall file their response to the complaint no later than Friday, January 28, 2011.